**No. 10-10757. Leroy Hefley, Petitioner v. Delaware.**

565 U.S. 1046, 132 S. Ct. 605, 181 L. Ed. 2d 444, 2011 U.S. LEXIS 8263.

November 14, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 848, 132 S. Ct. 168, 181 L. Ed. 2d 81, 2011 U.S. LEXIS 6238.

**No. 10-10791. Arthur D. Jackson, Petitioner v. J. P. Gonzalez, et al.**

565 U.S. 1046, 132 S. Ct. 606, 181 L. Ed. 2d 444, 2011 U.S. LEXIS 8240.

November 14, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 849, 132 S. Ct. 172, 181 L. Ed. 2d 84, 2011 U.S. LEXIS 6165.

**No. 10-11157. John McDowell, Petitioner v. Jerome W. Walsh, Superintendent, State Correctional Institution at Dallas, et al.**

565 U.S. 1046, 132 S. Ct. 606, 181 L. Ed. 2d 444, 2011 U.S. LEXIS 8121.

November 14, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 870, 132 S. Ct. 222, 181 L. Ed. 2d 123, 2011 U.S. LEXIS 6577.

**No. 11-5074. Gordon Kirk Kemppainen, Petitioner v. Texas.**

565 U.S. 1046, 132 S. Ct. 606, 181 L. Ed. 2d 444, 2011 U.S. LEXIS 8107.

November 14, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 888, 132 S. Ct. 265, 181 L. Ed. 2d 156, 2011 U.S. LEXIS 5255.

**No. 11-5177. Robert M. Hendricks, et ux., Petitioners v. Robert Stepp, et al.**

565 U.S. 1046, 132 S. Ct. 606, 181 L. Ed. 2d 444, 2011 U.S. LEXIS 8081.

November 14, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 893, 132 S. Ct. 278, 181 L. Ed. 2d 165, 2011 U.S. LEXIS 5503.

**No. 11-5201. George W. Pitts, Petitioner v. Belinda Davis, Warden.**

565 U.S. 1046, 132 S. Ct. 606, 181 L. Ed. 2d 444, 2011 U.S. LEXIS 8087.

November 14, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 894, 132 S. Ct. 281, 181 L. Ed. 2d 167, 2011 U.S. LEXIS 5676.